AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District | |
|---|---|---|
| DOCKET NO. | DATE FILED | **MMC** |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.244.62 2007-01-18 22:08:00 EST        **CASE ID#** 115128211

**P2P Network:** Gnutella                                      **Total Audio Files:** 259

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Sheryl Crow | Can't Cry Anymore | Tuesday Night Music Club | 209-823 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.244.62 2007-01-18 22:08:00 EST          **CASE ID#** 115128211

**P2P Network:** Gnutella                                        **Total Audio Files:** 259

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Sheryl Crow | Can't Cry Anymore | Tuesday Night Music Club | 209-823 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.244.62 2007-01-18 22:08:00 EST  **CASE ID#** 115128211

**P2P Network:** Gnutella  **Total Audio Files:** 259

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Sheryl Crow | Can't Cry Anymore | Tuesday Night Music Club | 209-823 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.244.62 2007-01-18 22:08:00 EST          **CASE ID#** 115128211

**P2P Network:** Gnutella                                        **Total Audio Files:** 259

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Sheryl Crow | Can't Cry Anymore | Tuesday Night Music Club | 209-823 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; LONDON-SIRE RECORDS INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; BMG MUSIC; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.244.62 2007-01-18 22:08:00 EST    **CASE ID#** 115128211

**P2P Network:** Gnutella    **Total Audio Files:** 259

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| London-Sire Records Inc. | Eden's Crush | Get Over Yourself | Popstars | 187-319 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Have You Ever Been in Love | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | Sheryl Crow | Can't Cry Anymore | Tuesday Night Music Club | 209-823 |
| BMG Music | NSYNC | God Must Have Spent A Little More Time on You | *NSYNC | 252-748 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |