IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., <br><br> Plaintiffs <br><br> v. <br><br> JOHN DOE, <br><br> Defendant _____/ | No. C 07-4848 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

     Pursuant to Civil Local Rule 72-1, plaintiffs Sony BMG Music Entertainment, London-Sire Records Inc., Interscope Records, UMG Recordings, Inc., BMG Music, and Capitol Records, Inc.'s "Ex Parte Application for Leave to Take Immediate Discovery," filed September 20, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED**.

Dated: September 26, 2007

_____
MAXINE M. CHESNEY
United States District Judge