1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  LONDON-SIRE RECORDS INC.;
   INTERSCOPE RECORDS; UMG
8  RECORDINGS, INC.; BMG MUSIC; and
   CAPITOL RECORDS, INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LONDON-SIRE RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04848-MMC<br><br>Honorable Maxine M. Chesney<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04848-MMC
#35082 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claims against Defendant John Doe, also identified as ID #115128211
4  with IP address 138.202.244.62 2007-01-18 22:08:00 EST, each party to bear its/his own fees and
5  costs.  The Clerk of Court is respectfully requested to close this case.

6  Dated:  January 23, 2008                                  HOLME ROBERTS & OWEN LLP

8                                                                          By:  _____*/s/ Matthew Franklin Jaksa*___
9                                                                                  MATTHEW FRANKLIN JAKSA
                                                                                    Attorney for Plaintiffs